United States District Court
Southern District of Texas
ENTERED
AUG 2 5 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 24 1998
Michael N. Milby
Clerk of Court

51

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GAYMAN PRAWNS, INC. Owner of the | § | |
| Vessel M/V "Wilderness" in an | § | C.A. No. B-88-184 |
| action for exoneration from or | § | |
| Limitation of liability | § | |

### ORDER REFERRING DISPOSITION OF MOTION TO BANKRUPTCY JUDGE

On this day came for consideration Gayman Prawns, Inc.'s Motion to Quash Notice of 2004 Examination. Having considered the same, the Court is of the opinion that the disposition of the Motion would best be served by referring the it to the Bankruptcy Court, Richard S. Schmidt.

It is so ORDERED.

Done this 24th day of August, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Judge